JS6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| **EDUARDO SUAREZ,**<br><br>Plaintiff,<br><br>v.<br><br>**DEDICATED RECOVERY SERVICES OF CALIFORNIA, and KNIGHT RECOVERY, INC.,**<br><br>**Defendants.** | **Civil Case Number:**<br><br>**5:25-cv-00575-SSS-DTBx**<br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 6, 2026, Stipulation of Dismissal with Prejudice, all claims asserted against Defendants **Dedicated Recovery Services of California, and Knight Recovery, Inc.** in Civil Action No. **5:25-cv-00575**, are dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** __8th__ **day of** __Jan.__ **2026.**

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE